# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ZACHARY MORGAN,

      Plaintiff,

  v.

KOWALCZYK,

      Defendant.

Case No. 2:23-cv-2990-JDP (P)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Zachary Morgan, Inmate # 119897, a necessary and material witness in a settlement conference in this case on January 17, 2025, is confined in the El Dorado County Jail, in the custody of the Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Chi Soo Kim, by Zoom video conference from his place of confinement, on Friday, January 17, 2025, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. Any difficulties connecting to the Zoom video conference shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Sheriff, El Dorado County Jail Transportation Unit, 300 Forni Road, Placerville, California 95667:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kim at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

\

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    November 26, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE